ments, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NATHAN M. FITZER, Appellant, v. OUTBOARD MOTORS CORPORATION, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOHN COLTON, Appellant, to Compel HARRY H. OSHRIN, an Attorney of the State of New York, Respondent, to Pay over Certain Moneys.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of CHEMICAL BANK AND TRUST COMPANY, as Executor and Trustee, etc., of EDWARD BECHTOLDT, Deceased, Respondent, for Leave to Sue MINNIE HOLLANDER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EMANUEL HANDLER, Appellant, v. REDFORD, GRAU & BERGMAN, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULIUS H. TANNENBAUM, as Ancillary Executor, etc., of DAVIDSON L. SOUTHARD, Deceased, Respondent, v. JOHN J. HAGERTY and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., O'Malley, Townley and Glennon, JJ.

ALLIANCE CASUALTY COMPANY, Appellant, v. GRAHAM CONSTRUCTION CO., INC., Defendant, Impleaded with ALLIED BRONZE AND ORNAMENTAL IRON CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MORRIS I. RITT, Appellant, v. ROSE L. RITT, Respondent.— Order modified by limiting the amount for printing expenses to fifty dollars, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WALTER WOHLLEBE, Appellant, v. REGINALD BISHOP LANIER, as Executor, etc., of HARRIET BISHOP LANIER, Deceased, and Others, Defendants, Impleaded with Mrs. OTTO H. KAHN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

VIRGINIA GRABOWSKY, Respondent, v. THOMAS M. SHAW, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

AUGUST GRABOWSKY, Respondent, v. THOMAS M. SHAW, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MORRIS I. RITT, Appellant, v. ROSE L. RITT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EMANUEL HARTZIGINAKIS, Respondent, v. CARMANA REALTY COMPANY, Appellant.— Determination appealed from and the order of the City Court reversed,